UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:10-CV-61-LED

Name of party requesting extension: Apple Inc.

Is this the first application for extension of time in this case?   ☑ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 03/01/2010

Number of days requested:   ☑ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 04/21/2010   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Eric M. Albritton

State Bar No.: 00790215

Firm Name: ALBRITTON LAW FIRM

Address: PO Box 2649
Longview, Texas 75601

Phone: (903) 757-8449

Fax: (903) 758-7397

Email: ema@emafirm.com

A certificate of conference does not need to be filed with this unopposed application.